1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
### EASTERN DISTRICT OF CALIFORNIA
10
11 LOFOFORA EVA CONTRERAZ, et al.,          1:11-cv-01222-MJS (PC)

12          Plaintiffs,                     ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
13     v.                                   OR PAY FILING FEE WITHIN 45 DAYS

14 DIRECTOR OF CDCR, et al.,

15          Defendants.
   _____/
16

17          Plaintiffs Lofofora Eva Contreraz, Natalie Alvarez, Jessica Williams ("Plaintiffs") are

18 state prisoners proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

19 Plaintiffs have not paid the $350.00 filing fee, or submitted an application to proceed in

20 forma pauperis pursuant to 28 U.S.C. § 1915.

21          Accordingly, IT IS HEREBY ORDERED that:

22          Within forty-five (45) days of the date of service of this order, one of the Plaintiffs

23 shall submit the attached application to proceed in forma pauperis, completed and signed,

24 or in the alternative, pay the $350.00 filing fee for this action.[1]  **No requests for extension**

25

26          _____

27          [1]In this Court's experience, an action brought by multiple plaintiffs proceeding pro se in which one or more
   of the plaintiffs is incarcerated presents procedural problems that cause delay and confusion.  In the event that
   the Court orders that the Plaintiffs be severed, the two Plaintiffs who do not submit an application to proceed in
28 forma pauperis in accordance with this Order, will be ordered to submit a separate application to proceed in forma
   pauperis or pay the $350.00 filing fee at that time.

-1-

1  **will be granted without a showing of good cause**.  Within sixty (60) days of the date of

2  service of this order, the Plaintiff filing to proceed in forma pauperis shall submit a certified

3  copy of his/her prison trust statement for the six month period immediately preceding the

4  filing of the complaint.

5        **Failure to comply with this order will result in dismissal of this action.**

6

7

8  IT IS SO ORDERED.

9  Dated:   August 1, 2011               /s/ *Michael J. Seng*

                    UNITED STATES MAGISTRATE JUDGE

-2-