1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10                                           FRESNO DIVISION

11

12    NATALIE ALVAREZ, et al.,                      1:11-cv-01222-GSA (PC)

13                  Plaintiff,                       ORDER GRANTING APPLICATION TO
                                                    PROCEED IN FORMA PAUPERIS
14    v.                                            (#14)
                                                                  and
15    DIRECTOR OF CDCR, et al.,
                                                    ORDER DIRECTING PAYMENT
16                  Defendants.                     OF INMATE FILING FEE BY PATTON
                                                    STATE HOSPITAL
17    _____/

18            Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19    to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20    by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21    obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22    is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23    income credited to plaintiff's trust account.  Patton State Hospital is required to send to the Clerk of

24    the Court payments from plaintiff's account each time the amount in the account exceeds $10.00,

25    until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26            In accordance with the above and good cause appearing therefore, IT IS HEREBY

27    ORDERED that:

28                    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

-1-

1       **2.  The Director of Patton State Hospital or his designee shall collect payments**

2  **from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the**

3  **preceding month's income credited to the prisoner's trust account and shall forward those**

4  **payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in**

5  **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

6  **forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and**

7  **number assigned to this action.**

8       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9  plaintiff's in forma pauperis application on the Director of Patton State Hospital, 3102 East Highland

10  Avenue, Patton, CA 92369, via the United States Postal Service

11       4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12  Department, U.S.  District Court, Eastern District of California, Fresno Division.

13       5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

14  certified copy of his prison trust account statement for the six-month period immediately preceding

15  the filing of the complaint, if plaintiff has not already done so.

16       IT IS SO ORDERED.

17       **Dated:   May 11, 2012**          **/s/ Gary S. Austin**

18                                 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28