IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOFOFORA EVA CONTRERAZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>DIRECTOR OF CDCR, et al.,<br><br>  Defendants.<br>_____/ | 1:11-cv-01222-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 31.)<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>ORDER VACATING ORDER WHICH GRANTED PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTED CDCR TO DEDUCT FUNDS FOR PAYMENT OF FILING FEE<br>(Doc. 11.)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN FIFTEEN DAYS, OR CASE WILL BE DISMISSED |

Lofofora Eva Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2012, findings and recommendations were entered, recommending that Plaintiff's in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g), and Plaintiff be

1

required to pay the $350.00 filing fee in full for this action.[1]  (Doc. 31.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[2]

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

       Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 20, 2012, are ADOPTED in full;
2. Plaintiff's in forma pauperis status is REVOKED pursuant to 28 U.S.C. § 1915(g);
3. The Court's order entered on September 21, 2011, which granted Plaintiff leave to proceed in forma pauperis and directed the CDCR to deduct funds for payment of the filing fee, is VACATED;
4. Plaintiff is REQUIRED to pay the $350.00 filing fee in full for this action within fifteen days of the date of service of this order, or this case will be dismissed without prejudice; and
5. The Clerk is DIRECTED to serve a copy of this order upon (1) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, and (2) the Director of the California Department of Corrections.

IT IS SO ORDERED.

Dated:   **January 7, 2013**            /s/  Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Court records show that to date, Plaintiff has not made any payments of the filing fee.

[2] The United States Postal Service returned the order on December 4, 2012, as undeliverable.  Plaintiff has not notified the court of any change in address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

2