1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LOFOFORA EVA CONTRERAZ,              1:11-cv-01222-LJO-GSA-PC

12              Plaintiff,                ORDER ADOPTING FINDINGS
                                          AND RECOMMENDATIONS
13         vs.                            (Doc. 31.)

14   DIRECTOR OF CDCR, et al.,            ORDER REVOKING PLAINTIFF'S
                                          IN FORMA PAUPERIS STATUS
15
                                          ORDER VACATING ORDER WHICH
16                                        GRANTED PLAINTIFF LEAVE TO
               Defendants.                PROCEED IN FORMA PAUPERIS AND
17                                        DIRECTED CDCR TO DEDUCT FUNDS
                                          FOR PAYMENT OF FILING FEE
18                                        (Doc. 11.)

19                                        ORDER REQUIRING PLAINTIFF TO
                                          PAY $350.00 FILING FEE IN FULL WITHIN
20                                        FIFTEEN DAYS, OR CASE WILL BE
                                          DISMISSED
21   _____/

22          Lofofora Eva Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

23   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

24   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

25          On November 20, 2012, findings and recommendations were entered, recommending that

26   Plaintiff's in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g), and Plaintiff be

27

28                                                   1

1  required to pay the $350.00 filing fee in full for this action.[1]  (Doc. 31.)  Plaintiff was provided an

2  opportunity to file objections to the findings and recommendations within thirty days.  To date,

3  Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[2]

4  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

5  Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the

6  Court finds the findings and recommendations to be supported by the record and proper analysis.

7  Accordingly, THE COURT HEREBY ORDERS that:

8  1.    The Findings and Recommendations issued by the Magistrate Judge on November 20,

9        2012, are ADOPTED in full;

10 2.    Plaintiff's in forma pauperis status is REVOKED pursuant to 28 U.S.C. § 1915(g);

11 3.    The Court's order entered on September 21, 2011, which granted Plaintiff leave to

12       proceed in forma pauperis and directed the CDCR to deduct funds for payment of the

13       filing fee, is VACATED;

14 4.    Plaintiff is REQUIRED to pay the $350.00 filing fee in full for this action within

15       fifteen days of the date of service of this order, or this case will be dismissed without

16       prejudice; and

17 5.    The Clerk is DIRECTED to serve a copy of this order upon (1) the Financial

18       Department, U.S. District Court, Eastern District of California, Fresno Division, and

19       (2) the Director of the California Department of Corrections.

20 IT IS SO ORDERED.

21 **Dated:   January 7, 2013          /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

22

23

24 _____

25    [1]Court records show that to date, Plaintiff has not made any payments of the filing fee.

26    [2]The United States Postal Service returned the order on December 4, 2012, as undeliverable.  Plaintiff has not
   notified the court of any change in address.  Absent such notice, service at a party's prior address is fully effective.  Local
27 Rule 182(f).

28                                         2