IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOFOFORA EVA CONTRERAZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>DIRECTOR OF CDCR, et al.,<br><br>            Defendants.<br>_____/ | 1:11-cv-01222-LJO-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Lofofora Eva Contreraz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 25, 2011. On October 26, 2012, Plaintiff filed an Amended Complaint.

On January 7, 2013, pursuant to 28 U.S.C. § 1915(g), the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $350.00 filing fee in full within fifteen days. (Doc. 32.) Plaintiff was forewarned in the Court's order that his failure to pay the $350.00 filing fee in full within fifteen days would result in the dismissal of this action, without prejudice. (Id. At 2 ¶4.) Twenty days have passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly, this is action is hereby DISMISSED, without prejudice, based on Plaintiff's failure to obey the Court's order to pay the $350.00 filing fee. The Clerk is directed to CLOSE this case in its entirety.

IT IS SO ORDERED.

Dated:   **January 28, 2013**        /s/  **Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE