UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOFOFORA EVA CONTRERAZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>DIRECTOR OF CDCR, et al.,<br><br>             Defendants. | 1:11-cv-01222-LJO-GSA-PC<br><br>ORDER DENYING MOTION FOR RETURN OF FEES PAID AS MOOT<br>(Doc. 37.) |

   Lofofora Eva Contreraz ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed on January 28, 2013, based on Plaintiff's failure to obey the Court's order to pay the filing fees for this action. (Doc. 33.)  On April 19, 2013, Plaintiff filed a motion for the Court to reimburse Plaintiff for partial filing fees paid in this case. (Doc. 37.)

   Court records show that Plaintiff did not make any payment for the filing fee in this action.  Therefore, Plaintiff's motion is moot.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for return of fees paid is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **April 26, 2013**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE